Edmund A. VARELA (Carrie B. WALSH, Intervener), Appellants, v. J. Franklin BELL, Cuno H. Rudolph, and James F. Oyster, as Commissioners of the District of Columbia and as Members of the Zoning Commission, et al., Appellees.

(Court of Appeals of District of Columbia. Submitted December 9, 1925. Decided January 4, 1926.)

No. 4343.

W. J. Lambert and R. H. Yeatman, both of Washington, D. C., for appellants.

R. G. Donaldson, Hayden Johnson, V. E. West, C. L. Frailey, F. H. Stephens, and J. C. Wilkes, all of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. Appellants, plaintiffs below, by way of intervention, filed a bill for injunction, praying the same relief as that sought by the plaintiffs in the case of Larrabee et al. v. Bell et al., 10 F.(2d) 986, —— App. D. C. ——, No. 4270, this day decided. For the reasons expressed in the opinion therein, the decree in this case is affirmed, with costs.